IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ROBIN JORDAN<br>*Plaintiff* | : | CIVIL ACTION |
| | : | |
| | : | NO. 16-5561 |
| v. | : | |
| | : | |
| TEMPLE UNIVERSITY HEALTH<br>SYSTEM, INC., *et al.*<br>*Defendants* | : | |

# O R D E R

**AND NOW**, this 1st day of August 2018, upon consideration of Defendants' *motion to exclude the opinions and testimony of Michael Torchia, Esq. pursuant to Federal Rule of Evidence 702*, [ECF 42], Plaintiff's opposition thereto, [ECF 43], Defendants' supplemental memorandum, [ECF 48], and Plaintiff's sur-rebuttal, [ECF 50], it is hereby **ORDERED** that, for the reasons set forth in the accompanying Memorandum Opinion of this date, the motion is **GRANTED**, and Plaintiff is precluded from offering any opinions and testimony of Michael Torchia, Esquire, at trial or at any other stage of this litigation.[1]

BY THE COURT:

/s/ *Nitza I. Quiñones Alejandro*
**NITZA I. QUIÑONES ALEJANDRO**
*Judge, United States District Court*

---

[1] In the proposed order filed with Defendants' underlying motion, Defendants request that in the event Mr. Torchia is permitted to offer expert testimony that Defendants be given additional time to produce an expert report in response to that of Mr. Torchia. In light of this Court's exclusion of Mr. Torchia's testimony, Defendants' request in this regard is denied.